**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **EGLESPER RUCKER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO. 5:25-CV-328 (MTT)** |
| ) | |
| **HOWARD BELCHER, *et al.*** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

The Court informs Plaintiff of his obligations under Rule 11 of the Federal Rules

of Civil Procedure, particularly Rule 11(b), which governs Plaintiff's representations to

the Court:

> By presenting to the court a pleading, written motion, or other paper—whether by signing, filing, submitting, or later advocating it—an attorney or unrepresented party certifies that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:
>
> (1)  it is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
>
> (2)  the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law;
>
> (3)  the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and
>
> (4)  the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information.

Fed. R. Civ. P. 11(b).

-2-

The Court has seen a marked increase in the use of artificial intelligence ("AI") by unrepresented parties, who may not understand fully their pleading obligations. To assist Plaintiff in meeting his pleading obligations, the Court **ORDERS** the following:

Plaintiff shall disclose the use of AI in all pleadings filed with the Court.

**Plaintiff's Complaint.** Plaintiff shall file, **no later than April 2, 2026**, a signed statement disclosing whether Plaintiff used AI to prepare or draft the complaint. If Plaintiff used AI, Plaintiff shall certify in this statement that Plaintiff has verified the accuracy of all facts and all legal authorities cited in the complaint.

**Future Pleadings.** For all future pleadings prepared or drafted with the assistance of AI, Plaintiff shall include a signed statement fully disclosing the use of AI. The statement shall also certify that Plaintiff has verified the accuracy of all facts and all legal authorities cited in the pleading.

**Failure to Comply.** Failure to comply with this Order shall result in sanctions, including, if appropriate, dismissal of this lawsuit.

**SO ORDERED**, this 20th day of March, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

-2-