

FILED APR1'26AM10:45
MDGA-MAC

# IN THE
## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

## Civil Action No.: 5:25-cv-328 (MTT)

**Eglesper Rucker,**
**Plaintiff,**

**V.**

**Lumen Technologies / Lumen Technologies d/b/a Level 3, et al.,**
**Defendant(s).**

## Civil Action No.: 5:25-cv-328 (MTT)

## AI DISCLOSURE CERTIFICATION

I certify that artificial intelligence (AI) tools were used to assist in the preparation and drafting of these filings.

I further certify that I have personally verified the accuracy of all factual content and confirmed that all legal authorities and citations are correct and applicable.

Moving forward, I will include this disclosure statement with all future filings prepared with the assistance of AI tools.

**Dated: March 31, 2026**
**s/ Eglesper Rucker**
   **Eglesper Rucker**